UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 11/29/10 Judge Jackson   Case No. 4:10CV2157 CEJ

CB Distributors, Inc. vs. Eveready Battery Co., Inc.

Court Reporter Gary Bond   Deputy Clerk K. Spurgeon

Attorney(s) for Plaintiff(s) Gerard Noce, Charles Guarino

Attorney(s) for Defendant(s) Matthew Braunel, Steve Garlock, Pamela Miller

Parties present for hearing on pltf's mtn for temporary restraining order; arguments heard

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that pltf's mtn for TRO is denied

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 2:10 a.m./p.m. Concluded 3:45 a.m./p.m.