UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CB DISTRIBUTORS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 4:10-cv-02157-CEJ |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| EVEREADY BATTERY CO., INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Eveready Battery Company, Inc. ("Eveready") respectfully requests leave of this Court to file its Answer, Additional Defenses, and Counterclaims under seal. In support of this motion, Eveready states as follows:

1. Plaintiff CB Distributors, Inc. ("CB") filed its Complaint (d/e 1) under seal because CB alleges that it contains confidential information.

2. Because Eveready's Answer, Additional Defenses, and Counterclaims responds to allegations in CB's Complaint, in an abundance of caution, Eveready requests that its Answer, Additional Defenses, and Counterclaims be filed under seal.

WHEREFORE, Eveready respectfully requests that the Court grant Eveready leave to file its Answer, Additional Defenses, and Counterclaims under seal, and for such other and further relief as this Court deems just and proper under the circumstances.

5275396.2

- 2 -

Respectfully submitted,

THOMPSON COBURN LLP


By: /s/ Matthew A. Braunel
    Steven E. Garlock, #38346MO
    David B. Jinkins, #49254MO
    Matthew A. Braunel, #50711MO
    Pamela M. Miller, #58893MO
    One US Bank Plaza
    St. Louis, MO  63101
    (314) 552-6000
    (314) 552-7000 (fax)

*Attorneys for Defendant*
*Eveready Battery Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, a true and correct copy of the foregoing was served via the Court's Electronic Filing System upon the following:

Charles P. Guarino  
Anthony J. Davis  
NICOLL AND DAVIS LLP  
95 Route 17 South  
Suite 203  
Paramus, NJ 07652  

*Attorneys for Plaintiff*

Gerard T. Noce  
HEPLER BROOM LLC  
800 Market Street  
Suite 2300  
St. Louis, MO 63101  

By:/s/ Matthew A. Braunel