UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CB DISTRIBUTORS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:10-CV-2157 (CEJ) |
| ) | |
| EVEREADY BATTERY COMPANY, INC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant's motion to compel plaintiff to produce documents in response to defendant's first set of request for production of documents. Plaintiff has not responded to the motion, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's unopposed motion to compel [Doc. # 34] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff shall produce all documents responsive to defendant's first set of request for production of documents by **June 17, 2011**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of June, 2011.